# UNCLAIMED FUNDS

NOVEMBER 17, 2010

08-60681  SILVIU SANDRU
DEBTOR DID NOT CASH CHECK
CHECK #461778 FOR $184.62
SILVIU D SANDRU
2807 HERITAGE AVE NW
CANTON, OH  44718

05-62827  MIKE WALLACE
DEBTOR DID NOT CASH CHECK
CHECK #461779 FOR $1.13
MIKE C WALLACE
1404 5TH STREET NW
NEW PHILADELPHIA, OH  44663

05-67641  RAYMOND ABLES
DOROTHY ABLES
CREDITOR DID NOT CASH CHECK
CHECK #461780 FOR $661.12
BENEFICIAL MORTGAGE COMPANY
1301 E TOWER RD
SCHAUMBURG, IL  60173

07-63378  ANTHONY MANION
MERRIANNE MANION
CREDITOR DID NOT CASH CHECK
CHECK #461781 FOR $758.59
BENEFICIAL OHIO
1301 E TOWER ROAD
SCHAUMBURG, IL  60173